STATE of Missouri, Plaintiff/Respondent,

v.

Oscar BROWN, Defendant/Appellant.

No. ED 103553

Missouri Court of Appeals, Eastern District, DIVISION TWO.

Filed: December 20, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied January 30, 2017

Application for Transfer Denied April 4, 2017

Christine K. Lesicko Jefferson City, MO for Plaintiff/Respondent.

Srikant Chigurupati, St. Louis, MO, for Defendant/Appellant.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

## ORDER

PER CURIAM.

Oscar Brown appeals from the trial court's judgment entered upon a jury verdict convicting him of attempted first-degree child molestation, kidnapping, second-degree assault, and armed criminal action. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court committed no error. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only.

We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).